(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for Plaintiff, GUADALUPE URENO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| GUADALUPE URENO,<br><br>　　　　Plaintiff,<br>v.<br><br>UNITED STATES POSTAL SERVICE; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants | Case No.:   23-cv-00491-BAM<br><br>**STATUS REPORT AND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Date: July 11, 2023**<br>**Time: 9:00 a.m.**<br>**Courtroom: 8 (BAM)** |

　　　Plaintiff, GUADALUPE URENO, by and through her attorney or record, Roger S. Bonakdar, BONAKDAR LAW FIRM, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for July 11, 2023, at 9:00 a.m., in Courtroom 8 (BAM), for the reasons set forth below.

1. Plaintiff was injured on a premises leased by the Defendant, United States Postal Service, from a non-government person/entity.
2. Plaintiff is currently engaged in informal resolution of this matter with the insurance carrier for the property owner for the premises where the injury occurred.
3. As these informal negotiations are underway, the Defendant, United States Postal Service, has not been served with the Summons and Complaint.

4. Because Defendant has not been served, and has not appeared in this action, Plaintiff has been unable to meet and confer with the Defendant or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for July 11, 2023, be continued to a date after October 31, 2023, at the Court's convenience.

DATED:      June 26, 2023              BONAKDAR LAW FIRM


                                       /s/ Roger S. Bonakdar
                                       _____
                                       ROGER S. BONAKDAR
                                       Attorneys for Plaintiff

[Proposed Order to Follow]



ORDER

Upon request by Plaintiff and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference, currently set for July 11, 2023, be continued to **November 1, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** However, Plaintiff is reminded of her responsibility for having the summons and complaint served within the time allowed by Federal Rule of Civil Procedure 4(m). Fed. R. Civ. P. 4(c)(1).

The parties shall file a Joint Scheduling Report one week prior to the conference. <u>The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number</u>. The parties will be provided with the Zoom ID and password prior to the conference.

If this matter shall settle prior to the Mandatory Scheduling Conference, counsel for Plaintiff shall immediately notify the Court of the settlement.

IT IS SO ORDERED.

Dated:   **June 28, 2023**         /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

