**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for Plaintiff, GUADALUPE URENO

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| GUADALUPE URENO,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES POSTAL SERVICE; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants | Case No.:   23-cv-00491-BAM<br><br>**STATUS REPORT AND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Date: November 1, 2023**<br>**Time: 9:00 a.m.**<br>**Courtroom: 8 (BAM)** |

　　　Plaintiff, GUADALUPE URENO, by and through her attorney or record, Roger S. Bonakdar, BONAKDAR LAW FIRM, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for November 1, 2023, at 9:00 a.m., in Courtroom 8 (BAM), for the reasons set forth below.

1. Plaintiff was injured on a premises leased by the Defendant, United States Postal Service, from a non-government person/entity.

2. Plaintiff was currently engaged in informal resolution of this matter with the insurance carrier for the property owner for the premises where the injury occurred. It has been discovered that there is no valid insurance policy for the period when the incident occurred.

3. Plaintiff has now been in contact with the estate of the premises owner, who is now deceased. As the estate is not formally represented by counsel, and Plaintiff's counsel has been solely dealing with the estate by email

communication, these informal negotiations have been slow, and are still ongoing. As such, the Defendant, United States Postal Service, has not been served with the Summons and Complaint.

4. Because Defendant has not been served, and has not appeared in this action, Plaintiff has been unable to meet and confer with the Defendant or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for November 1, 2023, be continued to a date after February 1, 2024, at the Court's convenience.

DATED:	October 25, 2023	BONAKDAR LAW FIRM

/s/ Roger S. Bonakdar
_____
ROGER S. BONAKDAR
Attorneys for Plaintiff

[Proposed Order to Follow]

ORDER

Upon request by Plaintiff and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference, currently set for November 8, 2023, be continued to **February 6, 2024, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  Plaintiff is again reminded of her responsibility for having the summons and complaint served within the time allowed by Federal Rule of Civil Procedure 4(m). Fed. R. Civ. P. 4(c)(1).  The Court will not grant further continuances, absent good cause, which will be narrowly construed

The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone conference. The parties will be provided with the Zoom ID and password prior to the conference.

If this matter shall settle prior to the Mandatory Scheduling Conference, counsel for Plaintiff shall immediately notify the Court of the settlement.

IT IS SO ORDERED.

Dated:   **October 26, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

