Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney For Plaintiff, GUADALUPE URENO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE URENO,<br><br>　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES POSTAL SERVICE; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants | Case No.: 23-cv-00491-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

TO THIS COURT, AND ALL PARTIES HEREIN:

　　WHEREAS, Defendants have not filed an answer or motion for summary judgment.

　　WHEREAS, Plaintiff has resolved this matter with the owner of the premises where the injury occurred, and Plaintiff wishes to dismiss this matter against the United States Postal Service herein.

　　WHEREAS, no Defendant has appeared herein, and no counterclaims have been filed.

　　Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i). Each party shall bear their own fees and costs.

DATED: February 1, 2024　　　　　　　　　　BONAKDAR LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　/s/ Roger S. Bonakdar
　　　　　　　　　　　　　　　　　　　　　　ROGER S. BONAKDAR
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　GUADALUPE URENO